**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 1 MM 2024 |
| Respondent | : | |
| v. | : | |
| CHARLES POULSON, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2024, the Application for Extraordinary Relief is DENIED.